## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MARK METZLER, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

CORALREEF PRODUCTIONS, INC. d/b/a NINE9,

   *Defendant*.

_____/

Case No. 2:21−cv−12635−LVP−CI

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

    Plaintiff, Mark Metzler, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: January 10, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave., Suite 705
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@shamisgentile.com

By:    */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

*Counsel for Plaintiff and the Class*