# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK METZLER,

    Plaintiff(s),

V.                                         CASE NO. 21-12635
                                              HON. LINDA V. PARKER

CORALREEF PRODUCTIONS, INC.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [#5] on February 15, 2022; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated: February 22, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 22, 2022, by electronic and/or ordinary mail.

                                        s/A. Flanigan
                                        Case Manager